440

opinion filed March 15, 1941.   Johnson & Johnson, for appellant; Oehmke & Dunham, for appellee.   Opinion by JUSTICE DADY. "Not to be published in full."

## Christina M. Carlen, Appellee, v. Harry C. Cottrell, Appellant.

Gen. No. 41,378.

opinion filed March 31, 1941.   Dunbar & Rich, for appellant; David O. Dunbar, Stanley Rich and M. J. Atkinson, of counsel; Geary V. Stribgren, for appellee.   Opinion by PRESIDING JUSTICE O'CONNOR.   "Not to be published in full."

## Carl A. Johnson, Appellant, v. Irene M. Watson et. al., Appellees.

Gen. No. 41,403.